IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JEROME F. DEERING BEY, §
    Petitioner, §
     §
VS. § CIVIL ACTION NO.4:10-CV-827-Y
     §
REBECCA TAMEZ, Warden, §
FCI-Fort Worth, §
    Respondent. §

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Jerome F. Deering Bey under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 3, 2011; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 22, 2011.

The Court, after **de novo** review, concludes that Petitioner's objections must be overruled, that the Respondent's motion to dismiss must be granted, and the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions, and for the reasons stated in the Respondent's motion to dismiss at pages 3-5.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Respondent's motion to dismiss (doc. 6) is GRANTED.

Jerome F. Deering Bey's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

SIGNED March 17, 2011.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE